IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TOHO CO., LTD., <br><br> Plaintiff, <br><br> v. <br><br> 102RDCFG, et al., <br><br> Defendants. | **FILED UNDER SEAL** <br><br> Civil Action No. <br> 1:25-CV-07065-JPB |

**AFFIDAVIT OF SERVICE**

I, David M. Lilenfeld, declare as follows:

1. I am an attorney at law, duly admitted to practice before this Court. I am one of the attorneys for Toho Co., Ltd. ("Plaintiff"). I am more than eighteen years old and am otherwise competent to give this testimony. Except as otherwise expressly stated to the contrary, I have personal knowledge of the following facts and, if called as a witness, I would testify as follows.

2. On December 23, 2025, the Court granted Plaintiff's Motion for service by alternate means [Dkt. #12], which allows Plaintiff to serve Defendants by electronic means pursuant to Rule 4(f)(3) of the Federal Rules of Civil Procedure.

3. Each of the Marketplaces effectuated the requests in the TRO, including providing Plaintiff with accurate e-mail information for each Defendant listed in Schedule A to the Complaint, with the exception of the Alibaba and Amazon

marketplaces. Despite the directive in the TRO, the Alibaba[1] and Amazon[2] marketplaces were unable to provide email addresses for many defendants in a timely manner. As such, consistent with similar circumstances in similar recent cases, Plaintiff sent an email to the marketplaces directly and requested they send the service email, with the link, to the affected Defendants. Once email addresses for each Defendant are received, Plaintiff will send any subsequent notices from the court to each available email address.

4. On January 9, 2026, all Defendants were served either by electronic mail to the e-mail addresses provided by the Marketplaces or by sending a request to the Marketplace platform to serve Defendants directly through the Marketplace platform. All of the above-mentioned methods of service are reasonably calculated to provide notice of this lawsuit to Defendants, in accordance with the TRO.

5. Such service included copies of the Complaint, Amended Complaint, Summonses, and Temporary Restraining Order, and other documents, along with notice that the Court set the hearing on Plaintiff's Motion for Preliminary Injunction via videoconference on January 20, 2026, at 9:30 AM. Plaintiff will share any updates to hearing times or zoom login information with Defendants promptly.

---

[1] Alibaba Defendants are listed on Schedule A attached to the Complaint as Does 620-825.

[2] Amazon provided email addresses for Does 1-400, but omitted email addresses for Does 401-619. Amazon confirmed the error and has been working with Plaintiff to supplement the missing information.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 13th day of January, 2026 at Atlanta, Georgia.

*/s/ David M. Lilenfeld*
David M. Lilenfeld