**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

TOHO CO., LTD.,

          Plaintiff,

v.

102RDCFG, et al.,

          Defendants.

Civil Action No.
1:25-CV-07065-JPB

**STIPULATED PRELIMINARY INJUNCTION**

WHEREAS, on December 9, 2025, Plaintiffs Toho Co., Ltd. ("Plaintiff") filed a Motion for *Ex Parte* Temporary Restraining Order, including a Temporary Injunction, a Temporary Asset Restraint, Expedited Discovery, and Order to Show Cause ("Motion for TRO") pursuant to Rule 65 of the Federal Rules of Civil Procedure.  [Doc. 2];

WHEREAS, the Court entered a temporary restraining order ("TRO") on December 23, 2025 ("TRO").  [Doc. 11];

WHEREAS, Counsel for DOE 318 – Niwawa US (the "Stipulating Defendant") has contacted Plaintiffs' counsel has agreed to the entry of the proposed preliminary injunction ("PIO") filed and entered at Doc. 27 against the Stipulating Defendant subject to a cap on the asset restraint;

THEREFORE, the PIO at Doc. 27 shall be modified as to the Stipulating

Defendant follows:

1.  Any freeze or restraint of the assets of DOE 318 – Niwawa US shall not

    exceed $20,000. Any assets above $20,000 shall be unconditionally

    released to DOE 318 – Niwawa US.

    **SO ORDERED** this 22nd day of January, 2026

    J. P. BOULEE
    United States District Judge

## Exhibit A

## LIST OF ALL PARTIES SUBJECT TO ORDER

| Doe No. | Seller Alias | Platform | Seller ID |
|---|---|---|---|
| 318 | Niwawa US | Amazon | A6KO7T807PGXT |