# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

TOHO CO., LTD.,

     Plaintiff,

v.

102RDCFG, et al.,

     Defendants.

Civil Action No. 25-cv-7065-JPB

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff hereby dismisses without prejudice all causes of action in the Complaint against the following Defendants identified in Schedule A to the Complaint:

| Defendant Seller Name | DOE No. |
|---|---|
| AIRCBC | 6 |
| Decalship | 69 |
| Feihongshangmaoyouxiangongsi | 97 |
| JiangSuBoMuKeJiYouXianGongSi | 197 |
| juhuanyanshangmaoyouxiangongsi | 216 |
| ke pai dian zi | 225 |
| Kila Artwork | 227 |
| Long live Astro | 274 |
| mingzhifx | 295 |
| OCARINAWIND | 325 |
| Sacozy Home | 380 |
| YIMOMO | 551 |
| Donghai Kindfull Crystal Product Co., Ltd. | 638 |

Each party shall bear their own attorney's fees and costs. Defendants have not filed an answer or a motion for summary judgment in this matter. Therefore, it is respectfully submitted that dismissal under Rule 41(a)(1)(A)(i) is appropriate.

Dated: February 10, 2026                  Respectfully submitted,

*/s/ Abby M. Neu*
Abby M. Neu
Georgia Bar No. 200207
**WHITEWOOD LAW PLLC**
5555 Glenridge Connector, Suite 200
Atlanta, GA 30342
Telephone: (872) 294-3263
Email: aneu@whitewoodlaw.com

*Counsel for Plaintiff*