IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

TOHO CO., LTD.,

    Plaintiff,

v.

102RDCFG, et al.,

    Defendants.

Civil Action No. 25-cv-7065-JPB

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff hereby dismisses without prejudice all causes of action in the Complaint against the following Defendants identified in Schedule A to the Complaint:

| Defendant Seller Name | DOE No. |
|---|---|
| 34HD | 3 |
| Eali88fa | 88 |
| FIYOEO Store | 99 |
| IIKBRICKS | 185 |
| Liofea | 259 |
| LYH-A | 282 |
| Party_shiny | 334 |
| shenqiuxianfanyushangmao | 396 |
| YiMeikj | 550 |
| Donghai County Qusong Jewelry Co., Ltd. | 637 |
| Apex Mode | 835 |
| little tropical rainforest local | 1022 |
| Peeiun | 1078 |

1

| PINNACLEhd | 1082 |
|---|---|

Each party shall bear their own attorney's fees and costs. Defendants have not filed an answer or a motion for summary judgment in this matter. Therefore, it is respectfully submitted that dismissal under Rule 41(a)(1)(A)(i) is appropriate.

Dated: March 4, 2026                              Respectfully submitted,

*/s/ Abby M. Neu*
Abby M. Neu
Georgia Bar No. 200207
David M. Lilenfeld
Georgia Bar No. 452399
**WHITEWOOD LAW PLLC**
5555 Glenridge Connector, Suite 200
Atlanta, GA 30342
Telephone: (872) 294-3263
Email: aneu@whitewoodlaw.com

*Counsel for Plaintiff*